UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GLEINER SOSA-MUJICA, MARYELLI SOSA-MARQUINA, K S-R, A. P-S., *Petitioners* <br><br> v. <br><br> SYLVESTER M ORTEGA, ACTING FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, SAN ANTONIO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; SEC. OF DHS KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; US ATTORNEY GENERAL PAMELA BONDI, ATTORNEY GENERAL; AND JOSE RODRIGUEZ JR., FACILITY ADMINISTRATOR, DILLEY IMMIGRATION PROCESSING CENTER; *Respondents* | Case No. SA-25-CA-01722-XR |

**ORDER FOR SERVICE**

Before the Court is a Petition for Writ of Habeas Corpus (ECF No. 1), filed by Gleiner Sosa-Mujica and Maryeli Sosa-Marquina and their two minor children, K.S.R. and A.P.S. They are currently in detention in the Dilley Immigration Processing Center in Dilley, Texas, located in the Western District of Texas.

It is hereby **ORDERED** that the Clerk of Court shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on the Federal Respondents. *See* FED. R. CIV. P. 4(i).

Service should be directed to

>Stephanie Rico, Civil Process Clerk
>U.S. Attorney's Office, Western District of Texas
>601 N.W. Loop 410, Suite 600
>San Antonio, Texas 78216.

It is **FURTHER ORDERED** that the Clerk of Court shall serve Respondent Warden, Dilley Immigration Processing Center with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process. Service should be directed to

>Warden, Dilley Immigration Processing Center
>300 El Rancho Wy,
>Dilley, TX 78017

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition within (3) days of the date of service.

It is **FURTHER ORDERED** that, if Petitioners elect to file a reply, Petitioners may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 15th day of December, 2025.

*[signature]*

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE